IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR331** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **JEANNETTE E. LARA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to close the case without proceeding to an order of forfeiture (Filing No. 37). The amount in question has been forfeited administratively.

IT IS ORDERED:

1. The government's motion to close the case without proceeding to an order of forfeiture (Filing No. 37) is granted; and

2. After final judgment is entered, this case may be closed without proceeding to an order of forfeiture.

DATED this 7th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge